

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-10-00901-CR

Trial Court Cause
Number:     1262576

Style:     Timothy Ryan Richert

**v** The State of Texas

Date motion filed[*]:     March 18, 2013

Type of motion:     Motion for Leave to File Fewer Copies

Party filing motion:     Appellant

Document to be filed:     No

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☒    Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

Judge's signature: /s/ Terry Jennings
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: March 20, 2013